UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Charles Aaron Cooper                                Docket No. 5:17-CR-205-D

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Aaron Cooper, who, upon a finding of guilt by jury to Assault on a Federal Officer, was sentenced in the District of Maryland by the Honorable Alexander Williams, Jr., on September 18, 2006, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Charles Aaron Cooper was released from custody on October 3, 2016, at which time the term of supervised release commenced. On April 24, 2017, a violation report was submitted to the District of Maryland after the defendant failed to notify the probation officer within 72 hours of being arrested or questioned by law enforcement, left the district without notifying the probation officer, failed to notify the probation officer ten days prior to moving, and tested positive for marijuana. Cooper was continued on supervision and transfer of jurisdiction was initiated. On June 28, 2017, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 5, 2017, the defendant left the judicial district without the permission of the probation officer by traveling to Charlotte, North Carolina. When confronted by the undersigned probation officer, Cooper stated he believed he could travel anywhere within the state.

On June 21, 2017, the defendant submitted a urine specimen which was subsequently determined by the national laboratory to be positive for marijuana. Cooper readily provided written admission of his marijuana use prior to providing the specimen.

In view of these circumstances, it is respectfully recommended that the conditions of supervision be modified, ordering Cooper to serve a two-day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Charles Aaron Cooper
Docket No. 5:17-CR-205-D
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: July 3, 2017

### ORDER OF THE COURT

Considered and ordered this __6__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Judge